MELVA DECKER, Appellant, *v.* THE BROOKLYN STRAND THEATRE CORPORATION, Respondent.

(Argued October 17, 1928; decided November 20, 1928.)

*George Winship Taylor* for appellant.

*Murray G. Jenkins* and *William B. Shelton* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.